

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW TARICA | CIVIL ACTION |
| VERSUS | NOS. 99-3831 |
| MCDERMOTT INTERNATIONAL, INC., ET AL. | C/W   00-73, 00-234, and 00-539 |
| | SECTION "R"(5) |

## JUDGMENT

Considering the Court' order and reasons on file herein,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiffs' complaints are hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 19th day of September, 2000.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 1 9 2000